# IN THE UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| **ARCHIE and MARLENE MCGINLEY,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 2:16-cv-00484-JDL |
| ) | |
| **EQUIFAX INFORMATION SERVICES** ) | |
| **LLC, et al.,** ) | |
| ) | |
| **Defendants.** ) | |

## NOTICE OF SETTLEMENT BETWEEN PLAINTIFFS AND DEFENDANT EQUIFAX INFORMATION SERVICES LLC ONLY

Plaintiffs and Defendant Equifax Information Services LLC ("Equifax"), by counsel, hereby notify the Court that Plaintiffs and Equifax have settled all claims between them in this matter and are in the process of completing the final closing documents and filing the dismissal, which they expect to complete on or before December 31, 2016. The parties request that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Respectfully submitted this 18th day of November, 2016.

/s/ Andrea Bopp Stark
**ANDREA BOPP STARK**
**MOLLEUR LAW OFFICE**
**419 ALFRED STREET**
**BIDDEFORD, ME 04005**
**207-283-3777**
**Email: andrea@molleurlaw.com**

DMSLIBRARY01\29523253.v1

## **CERTIFICATE OF SERVICE**

I, Martine Morin Boissonneault, hereby certify that on the 18th day of November, 2016, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the following:

ALEX DAVID BERGER
CHRISTOPHER A. HALL
JONES DAY
77 WEST WACKER DRIVE
SUITE 3500
CHICAGO, IL 60601-1692
312-269-1565

NEAL F. PRATT
EATON PEABODY
ONE PORTLAND SQUARE, 7TH FLOOR
PO BOX 15235
PORTLAND, ME 04112-5235
207-274-5266
Fax: 207-274-5286
Email: npratt@eatonpeabody.com

ADAM J. SHUB
PRETI, FLAHERTY, BELIVEAU, & PACHIOS, LLP
ONE CITY CENTER
P.O. BOX 9546
PORTLAND, ME 04112-9546
207-791-3077
Fax: 207-791-3111
Email: ashub@preti.com

STEPHANIE A. WILLIAMS
DUANE MORRIS LLP
2 MONUMENT SQUARE
SUITE 505
PORTLAND, ME 04101
(215) 979-1568
Email: sawilliams@duanemorris.com

*/s/ Martine Morin Boissonneault*
Martine Morin Boissonneault
Molleur Law Office
419 Alfred Street
Biddeford, ME 04005-3747
207-283-3777
martine@molleurlaw.com

DMSLIBRARY01\29523253.v1